IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-2047-AP**

IN RE:

**RUDY LESLIE PAUL and CAROL CHRISTENSEN PAUL,**

    Debtors.

**RUDY LESLIE PAUL and CAROL CHRISTENSEN PAUL**,

    Plaintiffs/Appellants,

v.

**TAMMY INGLEHART,**

    Defendant/Appellee.

## ORDER

Kane, J.

Appellant's Motion to Consolidate Related Bankruptcy Appeals and to Reset Briefing Schedule or in the Alternative for an Extension of Time to File Appellant's Opening Brief (Doc. # 6) is GRANTED in part and DEFERRED in part. The Motion is GRANTED to the extent Appellant seeks an extension of time in which to file her opening brief (to December 30, 2005) in the first appeal, because the due date for that brief is today. The remaining substance of Appellant's Motion, however, is precisely that which should be resolved -- or at a minimum such resolution should be attempted -- by a good faith effort to comply with Local Rule 7.1A. Certification that a telephone call, e-mail or fax was directed to opposing counsel fewer than 24 hours (and in this case, apparently, only an hour or two) before a motion was intended to be filed and "no response" was received is *per se* not a good faith

effort under that rule.

Accordingly, the remainder of Appellant's Motion is DEFERRED pending receipt of a certificate of bona fide compliance with Rule 7.1A. In complying with the requirement to confer, parties are encouraged to discuss and agree upon collateral matters such as proposed briefing schedules, requests for hearing, subissues to which they may be able to stipulate, and other matters that can be resolved through the extension of mutual courtesies or other demonstration of good will. *See Visor v. Sprint*, 1997 WL 796989 (D. Colo.)(Kane, J.). In this case, the certificate should include Appellees' position regarding consolidation and if objection is made, the basis for it, and should include a proposed mutually agreeable briefing schedule that may be adopted should the Motion to Consolidate be granted.

Dated this 8th day of December, 2005.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court