IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-2047-AP**

IN RE:

**RUDY LESLIE PAUL and CAROL CHRISTENSEN PAUL,**

    Debtors.

**RUDY LESLIE PAUL and CAROL CHRISTENSEN PAUL**,

    Plaintiffs/Appellants,

v.

**TAMMY INGLEHART,**

    Defendant/Appellee.

## ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE

Kane, J.

Appellant's Motion to Consolidate Related Bankruptcy Appeals and to Reset Briefing Schedule (Doc. # 6) is **GRANTED**. Cases numbered 05-cv-2047 and 05-cv-2266 are **CONSOLIDATED**. The briefing schedule proposed by the parties is approved and is set forth as follows:

    a. Appellant's combined opening brief on both appeals is due December 30, 2005.

    b. Appellees' combined opening brief on the Cross-Appeal with their response to Appellant's combined opening brief on both appeals is due January 17, 2006,

    c. Appellant's combined response brief on the Cross-Appeal with her reply brief on both appeals is due February 1, 2006.

    d.  Appellees' reply brief on the Cross-Appeal is due February 13, 2006.

Dated this 15th day of December, 2005.

                                              BY THE COURT:

                                              S/**John L. Kane**
                                              Senior Judge, United States District Court