# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE RUDY LESLIE PAUL, also known as Peak Sports Physical Therapy, P.C., also known as Peak Gym, Inc., also known as Rudy L. Paul & Associates, LLC, and CAROL CHRISTENSEN PAUL,<br><br>Debtors. | BAP No.   CO-05-112<br><br>United States<br>Bankruptcy Appellate Panel<br>of the Tenth Circuit<br><br>A True Copy<br><br>Barbara A. Schermerhorn, Clerk<br><br>Attested by: _____<br>Deputy Clerk |
| RUDY LESLIE PAUL and CAROL CHRISTENSEN PAUL,<br><br>Plaintiffs – Appellants,<br><br>v.<br><br>TAMMY IGLEHART,<br><br>Defendant – Appellee. | Bankr. No.   01-26614-SBB<br>Adv. No.   04-1515-SBB<br>Chapter   7<br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br><br>December 9, 2005 |

Tammy Iglehart, an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space

-2-

indicated below.

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: *[signature]*
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: 12/19/05

Signed: *Christine Eckhardt*
Bankruptcy Court Deputy Clerk