IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-2047-AP** (consolidated with 05-cv-2266)

IN RE:

**RUDY LESLIE PAUL and CAROL CHRISTENSEN PAUL,**

       Debtors.

**RUDY LESLIE PAUL and CAROL CHRISTENSEN PAUL,**

       Plaintiffs/Appellees.

v.

**TAMMY INGLEHART**,

       Defendant/Appellant,

---

# ORDER

---

Judge John L. Kane **ORDERS**

     Appellant's Unopposed Motion to Cure Errata in Opening Brief (doc. #21), filed January 13, 2006, is **GRANTED.**  Appellant is granted leave to file her corrected brief.

---

Dated:  January 18, 2006